# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DONTAVIOUS SHERRODE SMITH,**

      **Plaintiff,**

**-vs-**                                      **Case No.  6:11-cv-731-Orl-18KRS**

**SCHOOL BOARD OF BREVARD COUNTY, et al.,**

      **Defendants.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **AFFIDAVIT OF INDIGENCY (Doc. No. 2)**
>
> **FILED:**        May 2, 2011

In Case No. 6:09-cv-2033-Orl-31KRS, Plaintiff Dontavious Sherrode Smith sued the named Defendants in this case, and others, based on the same facts and circumstances underlying the complaint in the present case. Case No. 6:09-cv-2033-Orl-31KRS was dismissed with prejudice, Doc. No. 56, and leave to appeal *in forma pauperis* was denied based on a finding that the appeal was not taken in good faith, Doc. No. 76. The United States Court of Appeals for the Eleventh Circuit also denied Smith's request to appeal *in forma pauperis*, finding that the appeal was frivolous, Doc. No. 77, and a writ of certiorari was denied by the United States Supreme Court, Doc. No. 81.

The issues presented in the present case are foreclosed by the ruling of this Court in Case No. 6:09-cv-2033-Orl-31KRS. Therefore, I **respectfully recommend** that the case be **dismissed with prejudice**, all pending motions be **denied as moot**, and that the Court **admonish** Plaintiff Smith that further attempts to relitigate these issues may subject him to sanctions.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on May 20, 2011.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy