**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DONTAVIOUS SHERRODE SMITH,,**

        **Plaintiff,**

-vs-                                            **Case No. 6:11-cv-731-Orl-18DAB**

**SCHOOL BOARD OF BREVARD COUNTY, et al.,**

        **Defendants.**

_____

# ORDER

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Spaulding (Doc. 8) and Plaintiff's objection thereto (Doc. 9). In her Report and Recommendation, Judge Spaulding recommends that the Complaint in this case be dismissed with prejudice because it is foreclosed by the proceedings in Case No. 6:09-cv-2033-Orl-31KRS.

In his objection, Smith does not address the merits of the legal issue; instead, he relies on his indigent status and asserts generally that it would be unfair to dismiss his Complaint.

The Court's patience with Smith's frivolous claims and vexatious conduct has come to an end. In Case No. 6:09-cv-2033-Orl-31KRS, the Court admonished Plaintiff to "cease his vexatious conduct" and warned that "If he continues to burden the Court with frivolous motions, sanctions <u>will</u> be imposed." (Doc. 83).

The present Motion appears to violate the Court's prior admonition. Accordingly, it is

**ORDERED** that:

1.  The Report and Recommendation of Magistrate Judge Spaulding is CONFIRMED and ADOPTED as part of this Order; and

2.  Plaintiff's Complaint is DISMISSED with prejudice.

It is further **ORDERED** that Plaintiff shall show cause in writing within 15 days hereof why sanctions should not be imposed for violating the Court's prior order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 25, 2011.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE